JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

8-18-21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., <br><br>          Plaintiffs, <br>     vs. <br><br>COOPER'S COLD FOOD, INC., et al., <br><br>          Defendants. | Case No: 2:19-cv-8924-DDP(GJSx) |
| MONTEREY MUSHROOMS, INC., et al., <br><br>          Intervening Plaintiffs, <br>     vs. <br><br>COOPER COLD FOODS, INC., et al., <br><br>          Defendants. | **FINAL JUDGMENT** |

Before the Court is Intervening Plaintiff, Monterey Mushrooms, Inc.'s Motion for Summary Judgment against Defendants, Cooper Cold Foods, Inc. ("Cooper Cold Foods") and Adam Cooper as to Counts I through VI of Monterey Mushroom, Inc.'s Complaint in Intervention (DE 64-67) and Defendant Adam Cooper's Cross Motion for Summary Judgment as to Counts I through VII (DE 59). Having reviewed the motions, oppositions, memorandums, and all supporting documents,

///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that:

1. Plaintiff, Monterey Mushrooms, Inc.'s Motion for Summary Judgment [DE 64-67] is granted in its entirety.

2. Plaintiff, Monterey Mushrooms, Inc. holds a valid trust claim under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c) against Defendant, Cooper Cold Foods, Inc. in the total amount of $333,642.83, plus Monterey Mushroom, Inc.'s attorneys' fees and costs.[1]

3. Judgment is entered in favor of Monterey Mushrooms, Inc. and against Defendants, Cooper Cold Foods, Inc. and Adam Cooper, jointly and severally, in the unpaid principal amount of $241,744.26, plus pre-judgment interest at the contract rate of 18% per annum, from the date each invoice became due, totaling $91,898.57 as of August 9, 2021, (daily per diem of $119.22), for a total judgment of $333,642.83, plus post-judgment interest at the rate set forth by 28 U.S.C. § 1961, all of which qualifies for protection under Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c), until satisfied.

4. Plaintiff, Monterey Mushrooms, Inc. is entitled to attorneys' fees and costs, and shall file an application for attorneys' fees and costs, as to amount, within 14 days of the date of this Judgment, to be entered by the Court, under separate judgment.

5. Defendant Adam Cooper's Motion for Summary Judgment is granted as to Count VII only, Unlawful Receipt of PACA Trust Assets.

6. Judgment is entered in favor of Adam Cooper on Count VII.

**IT IS SO ORDERED.**

Dated: 8-18-21

Dean D. Pregerson
United States District Judge

---

[1] See ¶4.